# Exhibit A

# CONSENT TO JOIN COLLECTIVE ACTION AGAINST SALVATION ARMY
## Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

Name: __Merrick Mann_____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my Fair Labor Standards Act claims pursuant to 29 U.S.C. section 201, *et seq.* against The Salvation Army and any other related entities or affiliates.

3. I affirm that I attended a Salvation Army ARC program and performed work for the Salvation Army as part of that program within three years of the date I am submitting this Consent to Join form.

4. I understand that the location of the Salvation Army ARC(s) I attended in the three years prior to submitting this Consent to Join form will dictate whether I am eligible to join the lawsuit(s) and which lawsuit(s) I am eligible to join. I attest to the following statement(s) (select 1 or more):

    ___ I attended an ARC program in Alabama, Arkansas, Florida, Georgia, Kentucky (outside of northeast), Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, Washington, DC, and West Virginia ("Southern ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were _____ (month, year) to _____ (month, year).

    - If you attended a Southern ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Alvear, et al.* vs. *The Salvation Army, a Georgia nonprofit corporation.*

    ___ I attended an ARC program in Connecticut, Delaware, northeast Kentucky, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, and Vermont ("Eastern ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were _____ (month, year) to _____ month, year).

    - If you attended an Eastern ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Geiser, et al.* vs. *The Salvation Army, a New York nonprofit corporation.*

    __x__ I attended an ARC program in Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, and Wisconsin ("Central ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were __October 2018_____ (month, year) to __April 2019_____ (month, year).

- If you attended a Central ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Clancy et al.* vs. *The Salvation Army, an Illinois nonprofit corporation.*

\_\_\_ I attended the ARC in a state that is **not** listed above within the three years prior to submitting this Consent to Join form. I attended an ARC program located in  MI   (state), and my approximate dates of attendance were _____ (month, year) to _____ (month, year).

**\*\*PLEASE NOTE THAT IF YOU ONLY ATTENDED AN ARC IN A STATE THAT IS NOT LISTED ABOVE YOU ARE NOT ELIGIBLE TO JOIN A LAWSUIT PURSUED BY PLAINTIFFS' COUNSEL AT THIS TIME**.\*\*

5. While at the Salvation Army ARC(s) listed above, I performed work for Defendant, The Salvation Army, and there were occasions when I was not paid federal minimum wage for all hours worked. If I worked over 40 hours per week, I did not receive proper compensation, including overtime pay.

6. I choose to be represented by Cohen Milstein Sellers & Toll PLLC, Rosen Bien Galvan & Grunfeld LLP, Rukin Hyland & Riggin LLP , and any other attorneys those firms decide to associate with for all purposes in this action and authorize them to take any steps necessary to pursue my claims, including filing new lawsuits.

7. I understand that I may withdraw this consent at any time by notifying the above-listed attorneys in writing.

Date: 3/8/2022 | 12:30 PM PST

*Merrick Mann*
—77608C3C09BC44D...
Signature

Merrick Mann
Print Name

[REDACTED]
Telephone Number\*

[REDACTED]
E-mail\*

[REDACTED]
Mailing Address 1\*

[REDACTED]
Mailing Address 2\*

*\*Your contact information will be redacted before filing with the Court.*

2

# CONSENT TO JOIN COLLECTIVE ACTION AGAINST SALVATION ARMY
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

Name: __Michael Clancy_____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my Fair Labor Standards Act claims pursuant to 29 U.S.C. section 201, *et seq.* against The Salvation Army and any other related entities or affiliates.

3. I affirm that I attended a Salvation Army ARC program and performed work for the Salvation Army as part of that program within three years of the date I am submitting this Consent to Join form.

4. I understand that the location of the Salvation Army ARC(s) I attended in the three years prior to submitting this Consent to Join form will dictate whether I am eligible to join the lawsuit(s) and which lawsuit(s) I am eligible to join. I attest to the following statement(s) (select 1 or more):

   ___ I attended an ARC program in Alabama, Arkansas, Florida, Georgia, Kentucky (outside of northeast), Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, Washington, DC, and West Virginia ("Southern ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were _____ (month, year) to _____ (month, year).

   - If you attended a Southern ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Alvear, et al.* vs. *The Salvation Army, a Georgia nonprofit corporation.*

   ___ I attended an ARC program in Connecticut, Delaware, northeast Kentucky, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, and Vermont ("Eastern ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were _____ (month, year) to _____ month, year).

   - If you attended an Eastern ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Geiser, et al.* vs. *The Salvation Army, a New York nonprofit corporation.*

   _X_ I attended an ARC program in Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, and Wisconsin ("Central ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were _July_____2019_____ (month, year) to _November____2020_____ (month, year).

1

- If you attended a Central ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Clancy et al. vs. The Salvation Army, an Illinois nonprofit corporation*.

\_\_\_ I attended the ARC in a state that is **not** listed above within the three years prior to submitting this Consent to Join form. I attended an ARC program located in Illinois (state), and my approximate dates of attendance were _____ (month, year) to _____ (month, year).

**\*\*PLEASE NOTE THAT IF YOU ONLY ATTENDED AN ARC IN A STATE THAT IS NOT LISTED ABOVE YOU ARE NOT ELIGIBLE TO JOIN A LAWSUIT PURSUED BY PLAINTIFFS' COUNSEL AT THIS TIME.\*\***

5. While at the Salvation Army ARC(s) listed above, I performed work for Defendant, The Salvation Army, and there were occasions when I was not paid federal minimum wage for all hours worked. If I worked over 40 hours per week, I did not receive proper compensation, including overtime pay.

6. I choose to be represented by Cohen Milstein Sellers & Toll PLLC, Rosen Bien Galvan & Grunfeld LLP, Rukin Hyland & Riggin LLP, and any other attorneys those firms decide to associate with for all purposes in this action and authorize them to take any steps necessary to pursue my claims, including filing new lawsuits.

7. I understand that I may withdraw this consent at any time by notifying the above-listed attorneys in writing.

Date: 3/8/2022 | 12:49 PM PST

Signature: *[DocuSigned by: 75035886665143E...]*

Print Name: Michael Clancy

Telephone Number*: [redacted]

E-mail*: [redacted]

Mailing Address 1*: [redacted]

Mailing Address 2*: [redacted]

*Your contact information will be redacted before filing with the Court.*

2

# CONSENT TO JOIN COLLECTIVE ACTION AGAINST SALVATION ARMY
## Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

Name: __Stuart Love_____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my Fair Labor Standards Act claims pursuant to 29 U.S.C. section 201, *et seq.* against The Salvation Army and any other related entities or affiliates.

3. I affirm that I attended a Salvation Army ARC program and performed work for the Salvation Army as part of that program within three years of the date I am submitting this Consent to Join form.

4. I understand that the location of the Salvation Army ARC(s) I attended in the three years prior to submitting this Consent to Join form will dictate whether I am eligible to join the lawsuit(s) and which lawsuit(s) I am eligible to join. I attest to the following statement(s) (select 1 or more):

    ___ I attended an ARC program in Alabama, Arkansas, Florida, Georgia, Kentucky (outside of northeast), Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, Washington, DC, and West Virginia ("Southern ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were _____ (month, year) to _____ (month, year).

    - If you attended a Southern ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Alvear, et al.* vs. *The Salvation Army, a Georgia nonprofit corporation.*

    ___ I attended an ARC program in Connecticut, Delaware, northeast Kentucky, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, and Vermont ("Eastern ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were _____ (month, year) to _____ month, year).

    - If you attended an Eastern ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Geiser, et al.* vs. *The Salvation Army, a New York nonprofit corporation.*

    _X_ I attended an ARC program in Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, and Wisconsin ("Central ARCs") within the three years prior to submitting this Consent to Join form. My approximate dates of attendance were _November    2019_____ (month, year) to _April        2021_____ (month, year).

1

- If you attended a Central ARC within the applicable three-year statute of limitations, your Consent to Join form will be filed in *Clancy et al.* vs. *The Salvation Army, an Illinois nonprofit corporation.*

___ I attended the ARC in a state that is **not** listed above within the three years prior to submitting this Consent to Join form. I attended an ARC program located in N/A (state), and my approximate dates of attendance were _____ (month, year) to _____ (month, year).

**PLEASE NOTE THAT IF YOU ONLY ATTENDED AN ARC IN A STATE THAT IS NOT LISTED ABOVE YOU ARE NOT ELIGIBLE TO JOIN A LAWSUIT PURSUED BY PLAINTIFFS' COUNSEL AT THIS TIME.**

5. While at the Salvation Army ARC(s) listed above, I performed work for Defendant, The Salvation Army, and there were occasions when I was not paid federal minimum wage for all hours worked. If I worked over 40 hours per week, I did not receive proper compensation, including overtime pay.

6. I choose to be represented by Cohen Milstein Sellers & Toll PLLC, Rosen Bien Galvan & Grunfeld LLP, Rukin Hyland & Riggin LLP, and any other attorneys those firms decide to associate with for all purposes in this action and authorize them to take any steps necessary to pursue my claims, including filing new lawsuits.

7. I understand that I may withdraw this consent at any time by notifying the above-listed attorneys in writing.

Date: 3/8/2022 | 12:49 PM PST

Signature: *Stuart Love* (DocuSigned by: 2BCE3144E18A44A...)

Print Name: Stuart Love

Telephone Number*: [redacted]

E-mail*: [redacted]

Mailing Address 1*: [redacted]

Mailing Address 2*: [redacted]

*Your contact information will be redacted before filing with the Court.*

2