**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| MICHAEL CLANCY, STUART LOVE, JAMES PETERS, THOMAS BRYANT, and SAMUEL PATTON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE SALVATION ARMY, an Illinois nonprofit corporation,<br><br>        Defendant. | Case No.: 1:22–cv–01250<br><br>Judge Manish S. Shah |

## <u>DEFENDANT THE SALVATION ARMY, AN ILLINOIS NONPROFIT CORPORATION'S MOTION TO DISMISS</u>

Defendant The Salvation Army, an Illinois not-for-profit corporation (TSA), through undersigned counsel, hereby moves to dismiss certain Fair Labor Standards Act Opt-in Plaintiffs from this litigation with prejudice. The individuals to be dismissed are:

1. Garland Jones

2. Joshua Tadlock

3. Nicholas Kamp

4. Roshawn Cooper

5. Royzell Stafford

This relief is appropriate for the reasons outlined in the accompanying Memorandum. The parties have met-and-conferred and Plaintiffs oppose this motion.

Dated: January 10, 2025.     Respectfully submitted,


            */s/ Toni Michelle Jackson*
            Toni Michelle Jackson
            Andrew W. Bagley
            Katie R. Aber
            Rachel Lesser
            Daniel Wolff
            Christine Hawes
            CROWELL & MORING LLP
            1001 Pennsylvania Avenue, N.W.
            Washington, D.C.  20004
            (202) 624-2500
            TJackson@crowell.com
            ABagley@crowell.com
            KAber@crowell.com
            RLesser@crowell.com
            DWolff@crowell.com
            CHawes@crowell.com

            *Attorneys for Defendant, The Salvation Army, an*
            *Illinois nonprofit corporation*