IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| MICHAEL CLANCY, STUART LOVE, THOMAS BRYANT, JAMES PETERS, and SAMUEL PATTON, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE SALVATION ARMY, an Illinois nonprofit corporation,<br><br>          Defendant. | Case No.: 1:22-cv-01250<br><br>Judge Manish S. Shah |

## PLAINTIFFS' NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. §216, Plaintiffs hereby file the attached 1 Consent Form(s) for the following person(s):

Moreno, Sergio

[4817526.1]

Dated: January 26, 2026

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC

By: */s/ Christine E. Webber*

Christine E. Webber (Ill. Bar No. 6208020)
Joseph M. Sellers
Rebeca Ojserkis
Harini Srinivasan
1100 New York Ave., N.W., Suite 800
Washington, D.C.  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com
jsellers@cohenmilstein.com
rojserkis@cohenmilstein.com
hsrinivasan@cohenmilstein.com

Michael Hancock
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY  10005
Tel: (212) 838-7797
Fax: (212) 838-7745
mhancock@cohenmilstein.com

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[4817526.1]

2

Dated: January 26, 2026

ROSEN BIEN GALVAN & GRUNFELD LLP

By:     */s/ Michael Freedman*
      Gay Crosthwait Grunfeld
      Michael Freedman
      101 Mission Street, Sixth Floor
      San Francisco, CA  94105-1738
      Tel: (415) 433-6830
      Fax: (415) 433-7104
      ggrunfeld@rbgg.com
      mfreedman@rbgg.com

Dated: January 26, 2026

RUKIN HYLAND & RIGGIN LLP

By:     */s/ Jessica Riggin*
      Jessica Riggin
      1939 Harrison Street, Suite 925
      Oakland, CA  94612-9543
      Tel: (415) 421-1800
      Fax: (415) 421-1700
      jriggin@rukinhyland.com

      *Attorneys for Plaintiffs*

[4817526.1]

**CERTIFICATION OF SERVICE**

I hereby certify that, on January 26, 2026, I electronically filed "Plaintiffs' Notice of Consent Filing" using the CM/ECF system, which will provide service of this filing on all parties of record.

*/s/ Michael Freedman*
Michael Freedman

[4817526.1]                                                                      4